## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| CIRCLE R, INC. and THURSTON MANUFACTURING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN ROGERS, Individually,<br>RALPH ROGERS, Individually,<br>CIRCLE R FRAME ALIGNERS, INC.<br>and ASSOCIATED SIDE DUMP<br>DEVELOPMENT, INC. D/B/A<br>SIDE DUMP INDUSTRIES,<br><br>Defendants. | 8:08CV337<br><br>ORDER |

This matter is before the court on the motion of Gregory G. Barntsen and Smith Peterson Law Firm, LLP, to withdraw as counsel for Kevin Rogers and Circle R Frame Aligners, Inc. (Filing No. 64). Upon consideration,

**IT IS ORDERED:**

For good cause shown pursuant to NEGenR 1.3(f), Gregory G. Barnsten and Smith Peterson Law Firm, LLP are granted leave to withdraw as counsel for Kevin Rogers and Circle R Frame Aligners, Inc. Counsel from Kutak, Rock Law Firm remain counsel for the defendants. The Clerk of Court shall stop all electronic notices to Mr. Barnsten and the Smith Peterson Law Firm, LLP regarding this case.

DATED this 21st day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge