IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CIRCLE R, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 8:08CV337 |
| v. | ) | |
| | ) | ORDER |
| **KEVIN ROGERS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to the magistrate judge on January 19, 2009, by counsel for the parties,

**IT IS ORDERED that:**

1. **On or before February 23, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 20th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge