# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CIRCLE R, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:08CV337** |
| v. ) | |
| ) | **ORDER** |
| **KEVIN ROGERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Upon notice of settlement given to the magistrate judge on January 19, 2009 by counsel for the parties, and the letter request for an extension of time (Filing No. 82),

**IT IS ORDERED that:**

1. **On or before March 23, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 24th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge