**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA**

| | |
|---|---|
| CIRCLE R, INC. and THURSTON MANUFACTURING COMPANY, ) ) ) Plaintiffs, ) ) v. ) ) KEVIN ROGERS, individually, ) RALPH ROGERS, individually, ) CIRCLE R FRAME ALIGNERS, ) INC., and ASSOCIATED SIDE DUMP ) DEVELOPMENT, INC D/B/A SIDE ) DUMP INDUSTRIES, ) ) Defendants. ) ) | Civil Action No. 08-337 |

## ORDER

Plaintiffs, Circle R, Inc. and Thurston Manufacturing Company (collectively "Thurston"), and Defendants Kevin Rogers, Ralph Rogers, Circle R Frame Aligners, Inc., and Associated Side Dump Development, Inc. (collectively "Frame Aligners"), having entered a Settlement Agreement to resolve all claims between them,

IT IS HEREBY ORDERED that all claims and counterclaims by each Thurston and Frame Aligners against each other be dismissed with prejudice, each party to bear its own costs and fees.

Dated this 30th day of April, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge